UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS DAVIS, | No. 2:22-cv-0269 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| SABA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 10, 2022, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 11. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued May 10, 2022 (ECF No. 11), are ADOPTED in full,

1

    2. Plaintiff's application to proceed in forma pauperis (ECF No. 6) is DENIED as moot, and

    3. This action is DISMISSED without prejudice for lack of prosecution due to plaintiff's failure to keep the court informed of his current address.

Dated:  June 24, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

davi0269.800